UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11971-RGS

FIDELITY BANK, N.A.

v.

DIANE LYON, KATHLEEN JOYCE, RICHARD LYON,
SUZANNE M. LYON; MASSHEALTH;
MASSACHUSETTS DEPARTMENT of REVENUE;
and UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE)

<u>MEMORANDUM AND ORDER OF
PAYMENT OF SURPLUS FUNDS</u>

January 8, 2025

STEARNS, D.J.

According to plaintiff Fidelity Bank's Complaint for Interpleader, it has foreclosed on a defaulted mortgage from deceased Richard W. Lyon for property located at 16 Pequot Terrace, Plymouth, Plymouth County, Massachusetts (the mortgage dated September 18, 2012), and holds a surplus of $157,709.36 (minus its request for attorneys' fees and costs, of $3,500 and $3,676.99). Fidelity Bank has named as defendants persons and entities that "may have an interest in the Surplus Funds," including Richard W. Lyon's family members, MassHealth, and state and federal taxing agencies. Compl. ¶ 22. Fidelity Bank asks the court to permit it to, after deducting reasonable legal fees and costs incurred in this action and a second foreclosure from the Surplus, pay the resulting net funds ($150,532.37) to the Clerk of this court for proper distribution of the funds.

On September 13, 2024, the United States of America filed an Answer to Fidelity Bank, NA's Interpleader Complaint claiming a tax lien pursuant to 26 U.S.C. §§ 6321 and 6322, in the amount of $13,730.88, as of August 30, 2024. *See* Dkt #12. The court asked the United States (IRS) to file, no later than December 23, 2024, the amount it claims to be owed from the overage from the sale of the foreclosed property (including accrued interest) as of December 31, 2024. In its Response, the IRS updated its claim to $14,010.50. *See* Dkt #24. Defendant Diane Lyon, also filed an Answer on October 23, 2024, asking the court to declare that the entirety of the Surplus Funds go to her. *See* Dkt #17.

No objections having been filed, the court orders Fidelity to directly pay $14,010.50 to the United States (IRS) owed on a tax lien pursuant to 26 U.S.C. §§ 6321 and 6322. As no other defendants have made claims to the Surplus Funds (minus the attorneys' fees and costs previously ordered paid by the court on December 16, 2024 (*see* Dkt #23), the court orders that the remainder Surplus Funds be paid to Diane Lyon no later than January 20, 2025, with a final accounting filed with the court by January 27, 2025.

SO ORDERED.

/s/ Richard G. Stearns\
UNITED STATES DISTRICT JUDGE